# United States District Court

WESTERN DISTRICT OF WASHINGTON

PRESIDIO GROUP, LLC., a Washington
limited liability company, et al.,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: C10-5014RJB

JUNIPER LAKES DEVELOPMENT, LLC.,
an Oregon limited liability corporation, et al.,

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT Defendants Juniper Lakes Development, LLC, White Knight Ventures, LLC, David R. Ambrose and Janis K. Alexander's Motion to Dismiss (Dkt. 34) is **GRANTED**, in the following respect: (1) plaintiffs' claims against defendants for violation of violation of the Racketeer Influenced and Corrupt Organizations Act of 1970 (RICO), 18 U.S.C. § 1962(c) and (d) are **DISMISSED WITHOUT PREJUDICE**; (2) plaintiffs' claims against defendants for violation of 42 U.S.C. §§ 1981 and 1982 are **DISMISSED WITHOUT PREJUDICE**; and (2) the court **DECLINES** to exercise supplemental jurisdiction over plaintiffs' state law claim for tortious interference with existing contractual relationship, and that claim is **DISMISSED WITHOUT PREJUDICE**. This case is **DISMISSED**.

June 4, 2010

BRUCE RIFKIN
Clerk

/s/ Dara L. Kaleel
By Dara L. Kaleel, Deputy Clerk